1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HARALD TORGERSON,

        Plaintiff,

   v.

ALBERTO GONZALES, et al.,

        Defendants.

CASE NO. C06-1187JLR

ORDER TO SHOW CAUSE

15     The court has reviewed the complaint in this action. The court orders Defendants to
16 show cause within 30 days why the court should not grant Plaintiff's application for
17 naturalization by the authority of the Immigration and Nationality Act, which confers
18 jurisdiction to this court to compel agency action on a naturalization application or make a
19 ruling on the merits "[i]f there is a failure to make a determination . . . before the end of the
20 120-day period after the date on which the examination is conducted . . . ." 8 U.S.C. §
21 1447(b). Defendants shall respond to this order with a written pleading that states: (1) all
22 reasons that Plaintiff's naturalization application has not been approved; (2) all reasons that
23 the court should not approve the application immediately; and, if appropriate (3) a proposed
24 plan for promptly deciding Plaintiff's naturalization application.
25
26 SHOW CAUSE ORDER – 1

1   Dated this 26th day of September, 2006.

                                                                            *[signature]*

                                          JAMES L. ROBART
                                          United States District Judge

SHOW CAUSE ORDER – 2